O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HENRY BESERRA, JR.,                )      Case No. CV 10-02478-DDP (OP)
                                   )
                                   )      ORDER ACCEPTING FINDINGS,
                Petitioner,        )      CONCLUSIONS, AND
        v.                         )      RECOMMENDATIONS OF
                                   )      UNITED STATES MAGISTRATE
                                   )      JUDGE
R. GROUNDS, Warden,                )
                                   )
                                   )
                Respondent.        )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

file, the Report and Recommendation of the United States Magistrate Judge, and

Petitioner's Objections thereto.  The Court has engaged in a <u>de novo</u> review of those

portions of the Report and Recommendation to which Petitioner has objected.  The

Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED  that Judgment be entered:  (1) accepting this Report and Recommendation; (2) dismissing Respondent's Motion to Dismiss as moot; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.


DATED:  April 18, 2013

HONORABLE DEAN D. PREGERSON
United States District Judge


Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2