JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BESERRA, JR., | Case No. CV 10-02478-DDP (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| R. GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 18, 2013

*/s/ Dean D. Pregerson*
HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge